# United States District Court

EASTERN DISTRICT OF WISCONSIN

**TOMÁS CUESTA, SR.,**

      Petitioner,

      V.

**WILLIAM POLLARD**,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **07-C-843**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Tomás D. Cuesta, Sr.'s petition to proceed** *In Forma Pauperis* **is DENIED. This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
|   **October 1, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |